IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR GASTON, | ) | |
| | ) | |
| | ) | 2:20-CV-00897-CCW-PLD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NURSE LORY, NURSE KEVIN, NURSE LAVERN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 6, 2022, the Magistrate Judge issued a Report, ECF No. 75, recommending that the Court deny Plaintiff's Motion for Summary Judgment, ECF No. 56, requesting the Court find judgment in his favor, and grant Defendant's Motion for Summary Judgment, ECF No. 63, requesting the case be dismissed with prejudice. Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed Objections. *See* ECF No. 76.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Plaintiff's Motion for Summary Judgment is DENIED and Defendants' Motion for Summary Judgment is GRANTED. Accordingly, Plaintiff's Complaint is dismissed WITH PREJUDICE, and the R&R, ECF No. 75, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 25th day of October, 2022.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via United States Mail):

Jamar Gaston
862 Beach Street
Apt. 323
Washington, PA, 15301

Pro se Plaintiff